(November 24, 1970)

In the Matter of JACK PARKER CONSTRUCTION CORP., Petitioner, v.
OLIVER D. WILLIAMS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.